1

2

3

4

5

6

7

8

9

10

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

11  KIMBERLY BROOKS,                        CASE #: SACV12-01934 JLS (JPRx)

12          Plaintiff,

13  v.                                      **JUDGMENT GRANTING
                                            DEFENDANT'S MOTION FOR
14  CAPISTRANO UNIFIED SCHOOL              SUMMARY JUDGMENT**
    DISTRICT, and DOES 1 through 10,
15  Inclusive,

16          Defendants.

17

18         This matter came on for hearing before the Court on February 7, 2014 at

19  2:30 p.m., the Honorable Josephine L. Staton, Judge Presiding, on the motion for

20  summary judgment or, in the alternative, for partial summary judgment of claims filed

21  by Defendant CAPISTRANO UNIFIED SCHOOL DISTRICT, and the evidence

22  presented in the moving papers and opposition papers having been fully considered,

23  and a decision having been duly rendered.

24

25

26  ///

27  ///

28  ///

1

985596.1

1         IT IS ORDERED AND ADJUDGED that Plaintiff KIMBERLY BROOKS take

2    nothing by way of her complaint, and that the action be dismissed on the merits and

3    that Defendant CAPISTRANO UNIFIED SCHOOL DISTRICT recover their costs.

4

5    DATED:  February 27, 2014

                     JOSEPHINE L. STATON

6                      HONORABLE JOSEPHINE L. STATON
                  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

2

985596.1